**Jonathan Keith REID, Plaintiff— Appellant,**

v.

**Glen FORD, Officer; Alan Waller, Officer, Defendants— Appellees.**

**No. 05–6777.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2006.

Decided March 9, 2006.

---

Jonathan Keith Reid, Appellant Pro Se. Terry D. Horne, Stiles, Byrum & Horne, L.L.P., Charlotte, North Carolina, for Appellees.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonathan Keith Reid appeals the magistrate judge's denials of his motions for default judgment in this action under 42 U.S.C. § 1983 (2000); the district court subsequently granted summary judgment to Defendants on the basis of qualified immunity, though Reid does not challenge that ruling. *See* 4th Cir. R. 34(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Reid v. Ford,* No. CA–02–244–1–WLO (M.D.N.C. May 29, 2003; June 26, 2003; filed Aug. 7, entered Aug. 8, 2003; Dec. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*